UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LEE SALTMARSHALL,

    Plaintiff,                                No. 18-10887

v.                                        District Judge David M. Lawson
                                            Magistrate Judge R. Steven Whalen

PRIME HEALTHCARE SERVICES–
GARDEN CITY, LLC, SHAWNA WRIGHT,
M.D., VHS CHILDREN'S HOSPITAL OF
MICHIGAN, INC., SCOTT LANGERBURG, M.D.,
CHRISTIAN BAUERFELD, M.D., JONATHAN
MUNSO, JEFFERY TWARDZIK, JEFFREY
SMITH, and CITY OF INKSTER,

    Defendants.
                                         /

**AMENDED ORDER**

For the reasons and under the terms stated on the record on December 4, 2018, Defendants' Amended Motion for Order Permitting Release of Child Protective Services Records [Doc. #33][1] is GRANTED IN PART.[2]

Michigan Child Protective Services ("CPS") will release to Defendants all records pertaining to Janiyah Saltmarshall that reference Plaintiff James Lee Saltmarshall. This includes any records, orders, notes, or other material referencing communications to Mr. Saltmashall regarding contact restrictions or visitation arrangements placed on Janiyah's

---

[1] Defendants' Amended Motion [Doc. #33] supersedes their original motion [Doc. #30]. To the extent that Doc. #33 is construed as a motion to amend, it is GRANTED.

[2] The amended motion [Doc. #33] was filed by Defendants Children's Hospital of Michigan, Dr. Langenburg, and Dr. Bauerfeld. Notices of Joinder/Concurrence were filed by Defendants Prime Healthcare Services–Garden City, LLC and Shawna Wright, M.D. [Doc. #37] and Defendants City of Inkster, Jonathan Munson, Jeffrey Twardzik, and Jeffrey Smith [Doc. #38].

biological mother, Zuleika Moreno; any material referencing written or oral communications to Mr. Saltmarshall regarding the care of Janiyah, including "safe sleep" habits, and Mr. Saltmarshall's acknowledgment of receipt of such communications; and any records, orders, notes, or other material relating to Janiyah that contain Mr. Saltmarshall's name.

To the extent that Defendants seek disclosure of material in the CPS file other than those set forth above, the motion is DENIED.

IT IS SO ORDERED.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2018

---

### CERTIFICATE OF SERVICE

I hereby certify on December 6, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on December 6, 2018.

                                                  s/Carolyn Ciesla
                                                  Case Manager to
                                                  Magistrate Judge R. Steven Whalen